IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARY EXUM                                                                                          PLAINTIFF

       v.                    Civil No. 04-6138

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## **JUDGMENT**

On this the 14th day of April, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Fritzie Vammen, pursuant to The Equal Access to Justice Act. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, in part, and plaintiff's attorney is awarded fees and expenses in the amount of $3,121.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                      /s/ Bobby E. Shepherd
                                      HONORABLE BOBBY E. SHEPHERD
                                      UNITED STATES MAGISTRATE JUDGE